■ LILLIAN GARTH, Appellant, v. SAFEWAY STORES, INCORPORATED, et al., Respondents.— Motion by respondent Safeway Stores, Incorporated, to dismiss appeal denied, on condition that appellant perfect the appeal and be

ready to argue or submit it at the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before August 1, 1961. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.